Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00159-CR

Ivan Thomas **TAITANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR1958W
Honorable Sharon MacRae, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed: March 10, 2010

DISMISSED

Ivan Thomas Taitano filed a notice of appeal seeking to appeal from a sentence imposed on July 14, 2009. The judgment was in accordance with Taitano's plea bargain agreement, and the record does not contain a trial court's certification showing Taitano has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH